IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, and SECURIAN FINANCIAL SERVICES, INC., <br><br> *Plaintiffs* <br><br> v. <br><br> MIRIAM C. CARRE, JONAH J. CARRE, and EZRA C. CARRE, and JIM STANGER as the Personal Representative of the Estates of Beth E. Potter and Robin L. Carre, <br><br> *Defendants*, | Case No.: 3:23-cv-00196 |

## ORDER

The matter coming before the Court on the Motion for Interpleader Discharge ("Motion") filed by Interpleader Plaintiffs Minnesota Life Insurance Company ("Minnesota Life") and Securian Financial Services, Inc. ("SFS") (collectively, "Plaintiffs"),

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion is GRANTED;

2. Minnesota Life and SFS and all their parents, subsidiaries, and affiliates are discharged from any further liability with respect to the benefits payable due to the deaths of Beth Potter and Robin Carre under Group Life Policy Nos. 32871-G and 32872-G; Individual Life Policy Nos. 2-197-545V, 2-418-795W, 2-197-533V, and 2-418-761W; and Roth IRA Account Nos. 5TL-410935 and 5TL-410927 (collectively, "Payable Accounts") and from any further liability to Miriam Carre, Jonah Carre, Ezra Carre (collectively, "Interpleader Claimants"), or any other person or entity under the Payable Accounts or with respect to the

benefits under the Payable Accounts, including any interest or claims related thereto, or the coverage of Beth Potter and Robin Carre;

3. The Interpleader Claimants and anyone claiming by or through them are restrained and enjoined from instituting any action or proceeding in any state or federal court against Minnesota Life and SFS, all their parents, subsidiaries, and affiliates, for recovery of the benefits under the Payable Accounts, including any interest or claims related thereto, and any other claims related to Beth Potter and Robin Carre for their coverage under the Payable Accounts;

4. The Interpleader Claimants are required to litigate or settle and adjust between themselves their claims for the benefits under the Payable Accounts; and

5. Minnesota Life and SFS are dismissed with prejudice from this action.

Dated: JANUARY 4, 2024            By: _James D. Peterson_
                                         Judge