UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MINNESOTA LIFE INSURANCE
COMPANY, and SECURIAN FINANCIAL
SERVICES, INC.,

    *Plaintiffs*,

    v.

MIRIAM C. CARRE, JONAH J.
CARRE, and EZRA C. CARRE, and
JIM STANGER as the Personal
Representative of the Estate of
Beth E. Potter and Robin L. Carre,

    *Defendants*.

Case No. 3:23-cv-00196

---

**JOINT MOTION TO DISTRIBUTE INSURANCE FUNDS AND
FOR DISMISSAL OF ACTION**

---

Defendants James Stanger, as the personal representative of the Estates of Beth E. Potter and Robin L. Carre, Miriam Carre, Jonah Carre, and Ezra Carre, jointly move this Court for an order distributing the insurance proceeds held by this Court and for dismissal of this action.[1] In support of this Motion, the parties state as follows:

1.     This action was commenced as an interpleader action to allow the Plaintiffs Minnesota Life Insurance Company and Securian Financial Services, Inc. to deposit insurance policy funds (the "Deposited Funds") with the Clerk of Court pending the resolution of petitions

---

[1] Plaintiffs Minnesota Life Insurance Company and Securian Financial Services, Inc. were previously dismissed. (Dkt. 23.)

4880-2098-1703.1

filed in Dane County Circuit Court Case Nos. 2020-PR-237 and 2020-PR-238 (the "Probate Petitions").

2. James Stanger, as the personal representatives of the Estates of Robin Carre and Beth Potter, and Miriam Carre, have reached a settlement fulling resolving all issues raised in the Probate Petitions. Jonah Carre and Ezra Carre are also parties to the settlement agreement.

3. Pursuant to the settlement agreement, all remaining parties in this action agree that the Deposited Funds should be paid to the Foley & Lardner LLP Trust Account.[2]

4. Jonah Carre and Ezra Carre have not appeared in this action. However, the undersigned counsel represents to the Court that Jonah and Ezra Carre have no objection to the request to transfer the Deposited Funds as requested in this Motion.

5. Upon the granting of this Motion and the transfer of the Deposited Funds, this action can be dismissed by the Court with prejudice.

FOLEY & LARDNER LLP

*/s/ Eric J. Hatchell*
Eric J. Hatchell, WI Bar No. 1082542
Foley & Lardner LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
(P) 608.258.4270
(F) 608.258.4258
ehatchell@foley.com

*Attorneys for Personal Representative James Stanger*

---

[2] Counsel will work with the Clerk to provide whatever documentation is needed by the Court to facilitate the transfer of the Deposited Funds to the Foley & Lardner LLP Trust Account.

4880-2098-1703.1

HURLEY BURISH, S.C.

*/s/ Andrew W. Erlandson*
Andrew W. Erlandson, WI Bar No. 1029815
Hurley Burish, S.C.
33 E. Main Street, Suite 400
Post Office Box 1528
Madison, WI 53701-1528
(608) 257-0945

*Attorneys for Miriam Carre*

3

4880-2098-1703.1